AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| United States of America | ) | |
|---|---|---|
| v. | ) | FILED IN DISTRICT COURT |
| *aliya rider* | ) | OKLAHOMA COUNTY |
| *Kevin Stitt* (signature) | ) | Case No. CJ-23-1797   APR 18 2023 |
| | ) | RICK WARREN |
| | ) | COURT CLERK |
| Defendant(s) | ) | 128 _____ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __03/24/2021-03/29/2021__ in the county of __OKLAHOMA__ in the
__WESTERN__ District of __OKLAHOMA__, the defendant(s) violated:

Code Section — Offense Description

325 U.S. 91, 101-107 (1945).

18 U.S.C. § 242

Conspiracy Against Rights, 18 U.S.C. § 241

18 U.S. Code § 249

This criminal complaint is based on these facts:

**FILED**

MAY 09 2023

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____, DEPUTY

☐ Continued on the attached sheet.

_____
Complainant's signature

_____
Printed name and title

Sworn to before me and signed in my presence.

Date: _____

_____
Judge's signature

City and state: _____

_____
Printed name and title

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

APR - 3 2023

RICK WARREN
COURT CLERK

*105517579*

CJ-2023-1797

Statement of claim for:
Personal Injury/ Wrongful Death
Please review video before reviewing statement for claim
https://youtube/A-Gye8790

40

The malice acts with direct intent to injure and harm the claimant. I Chandra graham faced injury by the neglect of duty, neglect to intervene by the officer's named an attached in document SF-95 causing the damages as followed second and third degree burns covering my entire face, my scalp, my neck, my shoulders, arms ,chest and back in which developed into burn folliculitis a permanent reoccurring disorder/disease ,seizures and more. all of these accounts of injury were caused by officers under oath and working under the color of law in efforts of justice for all I had a background check conducted on each one of the individually named officers due to my assumptions that these officers may be repeat offenders my assumptions were found to be true I was able to find more than half of the listed officials have had countless suits filed against them over the past 10 years by numerous individuals in countless government tort claim cases filed here in the state of Oklahoma as for proof of damages I bring forward to the courts my medical reports alongside to be shown with the intake report released from the jail proving their responsibility for all claims pressed in my medical reports certified medical doctors have documented extensive damages in which most likely will tally up to more than I'm pressing especially for the intent to damage my mental stability and ensure in hopes I would be incapable of Justice by contacting the hospital before my arrival with the false statement that I would be arriving in the condition that I was and was in need of treatment and medication that would be best suited for a person that would have mental instability and illnesses of a person that would rub fecal matter and urine in their own face someone that would inflict this severe of a injury on themselves these absurd statements in which the intake report does not support due to the fact that there's no statement detailing action stated being taken in they're too detailed intake report where any officers stated and taken me to the shower to clean off all the falsely accused fecal matter and urine  apparently rubbed in my face because I was never giving a shower to wash off all the stated excrement they had tried to inform doctors ahead of my arrival knowing I could not speak very well and in hopes of the medication the Emergency room would give me would give me would be strong enough  medication for someone that was mentally ill and capable of doing such disgusting acts that surely on top of what I had endured it would completely destroy my mental stability an attempt to completely eliminate the possibility of me trying to seek and receive to due Justice served by my own given coherent reliable statement  but failing to document in there intake report a supported statement of action to place me in the shower and anyone with common sense would know that if I had done that I would have been too filthy and smell too awful for anyone to touch me surely would have been unable to be transported in those means that but I was transported and never reported to have a shower because that was a false statement  given by an officer trying to cover up the  torturous behavior that was the actual causation of my injury's

luckily with my family by my side to observe the treatment given to me they were able to realize what was going on and instruct me to stop taking the medication that was eating away at my faculties before it was too late

the one word Governors and senators never want to hear is the wordword impeachment  so I prayed they'd heard the term they would be reminded of there governance when they heard the term and they would show there true colors and act  quick to address the matters concerning these officers by subpoenaing these officers for impeachment before they were impeached themselves for condoning the malicious acts being done in this  monstrosity and I insured to let them know about my upcoming deadline giving them the opportunity to be prudent with the time they were taking on addressing this matter in which they failed to do so another note I would like the courts to take note of is the question why do we to lack an accumulance of professional misconduct reports being submitted by officers on there coworkers aka other  officers is because these officers are not reporting the misconduct because they are conspiring to commit this professional misconduct with malice intent injure inmates of whom they choose even if the inmate is like I blessed with the ability to prove absolute innocence for the charges originally pressed in arresting case file CPC-2021-2010 in which when attending arraignment I was informed by judge McCray arraignment judge of Oklahoma County that after reading the arrest report that all my charges will be dismissed due to the absurd statement given by the arresting officer and I will also unveil the attempt to frivolously spend 40 million dollars on a unnecessary expenditure such as a new building without doing even as much as visiting the facility after it has failed the first inspection reason why the building was not condemned is because the building only needs simple maintenance to bring the deficiencies up to code on the first inspection and you all were informed of 45 fixable deficiencies deficiencies in which are Oklahoma code enforcement found the deficiencies to be simple deficiencies in which there was no need for them to condemn the building and they did not deem the building as inhabitable the following inspections the other deficiencies had been dealt with but there were 24 deficiencies in five different inspections that the duty and responsibility placed in the hands of these fraudulent officers given the duty to fix these other simple deficiencies in the same manner they did for the other 21 deficiencies and the protocol used for that is they submitted a simple maintenance request and the deficiency was fixed and passed inspection with ease why code enforcement still had not condemned this building because these deficiencies are simple maintenance deficiencies better not good enough reasons to deem this building has inhabitable and the only reason there is 24 repeated deficiencies found in various locations within the that facility that after five inspections these 24 deficiencies still exist without change to their state and when asked about the deficiencies Oklahoma County has still yet to give a response within 4 months after 5 inspections they have not sent out a simple maintenance request for those 24 deficienciesis in various locations within side the jail because the location of those 24 deficiencies are locations that have been delegated for use in the facility as specified torture chambers where they conduct there repeated act  heinous cruel and unusual inhumane treatment of the incarcerated leaving governor Stitt approving of another bill a misappropriation of funds due to lack of investigation that could be conducted by a simple a personal walk through the facility to view what these 24 repeated deficiencies that have still yet been given reason upon why they have not been brought up to code this misappropriation of the federal funds is the reasoning sheriff wetzel resigned from his position not wanting to be held a responsible or take any part in the misappropriation of funds such as the 40 million dollar expenditure to build a new building a wasteful expenditure delegating government funds to only prove what I will be proving weather or not this litigation goes to trial that  it is not the building

therefore I do ask the courts to please be aware that I will be using this award to put a stop to the hate crime in  which I was wrongfully arrested with malice intent to subject me to torture and forcing me to be another victim of the hate crime still currently being conducted within the four walls of The federally funded government facility Oklahoma County Jail located at  201 N. Shartel Oklahoma City, Oklahoma 73102 stripping me of my civil rights and violating me and the Constitution with acts of perjury while under oath on the clock with willful neglect of duty willfully neglecting request for simple  maintenance that could have prevented countless injuries and death to countless individuals so acknowledge I also will use this award to expose to The House of Representatives   The acts of  moral turpitude being condoned with positive reinforcement given for their acts by Governor stitt and senator lankford gave effort to show their support By providing to a mass if not guaranteed large group of fraudulent officials for depriving I, and other citizens of their rights under the color of law conspiring to perform perjury in a act of a hate crime Stitt and lankford showed their support towards these activities with an attempt to give positive reinforcement these officers by pressing by request from the federal government to pay $10,000 in bonuses as referenced here https://youtube/7w5FFsh giving these officers another reward here in 2023 for their injust criminal behaviors to go  alongside the reward that was approved by Governor stitt in bill HB 1064 passed 4/20/21 for bonuses to all these now twice sense my injury  one of these bonuses being set to be signed for approval last week after I had reached out to both of them personally to inform the  about the hate crime I had endured and sharing my knowledge  I had aqquared about these of officers there misconduct and there repeated offenses that have found to have been filed and charged countless times in government tort claims being covered by federal insurance placed in hopes to provide securities to those so they will provide securities to to all the civilians for a safer better tomorrow this federal insurance and how far these officers that I had now made them aware of these officials working under there hand  went  countess individuals for willful neglect to intervene, willful neglected duty, burglary,theft, assault, and the act of witnessing and not reporting the professional misconduct hoping to give them the opportunity to supeana the officers in impeachment court for removal of the positions in office and to be properly procecuted for the crimes that they had committed  giving both senator lankford and Governor Stitt the opportunity to not have the on the opposed side if  this litigation  reference during each one of the the four request for contact sent out to both senator lankford and Governor stitt written detailed request for response to give more information about the moral turpitude going on in their community and all these requests for meetings I also informed them of an additional person that would be attending these meetings it would be someone able to give witness of me condoning these requested conferences  actually the other person I suggested I contact but these officials as a suggestion to to help me seek Justice and be able to achieve the goal I had sent before myself too help the people in my community that are  day by day being forced to endure what I did  in fact they stated I quote who makes the laws we should go to their office because they got to enforce them unquote  I insured to use the word moral turpitude defined as

A crime of moral turpitude is a crime that disrespects and antagonizes societal norms. Typically, crimes involving moral turpitude are done with vicious, evil intent. They contradict rules upheld by polite society to the point where the crime itself is seen as shocking and disgusting.and I was hoping that hearing  the term would ring a bell to them  being in office sense the immediate procecution  for that federal crime being committed in  in office is impeachment and we all no

nor the lack of staff it is simply the fraudulent officials practicing their acts of perjury embezzlement of federal money by misappropriation of funds and hate crime being conducted by the fraudulent officers within the buildingThis claimant would like to thank you for your time and this time would like to  rest its case **in the best interest of Justice**

Word count :2077







**INTEGRIS**

## INFORMED CONSENT FOR SURGICAL, MEDICAL OR DIAGNOSTIC PROCEDURES

The hospital and your physician/practitioner are required by law to obtain your consent to perform the surgical, medical or diagnostic procedure(s) listed below. Signing this form will acknowledge that you request and consent to your physician/practitioner performing the recommended procedure(s). Your signature also confirms that your physician/practitioner has explained to you the procedure(s), the risks of the procedure(s), the alternatives, if any and risks of the alternatives and the risks or consequences of foregoing treatment. Please READ THIS ENTIRE FORM CAREFULLY and then before signing it, ask your physician/practitioner any additional questions you may have. Your request and consent are valid until you withdraw them.

1. I hereby request and authorize, **Dr. Christopher Lentz** with hospital personnel and/or other trained persons of his/her choice to perform upon, (patient) **Chandra Graham** the following surgical, medical or diagnostic procedure(s) **debridement of face burn, irrigation and debridement facial abscess**

to include disposal of tissue removed during surgery. I further request and authorize my physician and his/her assistant(s) to perform any other procedure that in his/her/their judgment is advisable for my well-being. This additional request and authority is extended as I recognize that during the above listed procedure(s), unforeseen conditions may require different or additional procedures. I understand the procedure to be: "**Cleaning up an infection on my face**"

2. I understand that the provision of anesthesia services may be deemed necessary and appropriate in the professional judgment of the physician/practitioner performing my procedure(s) or the anesthesia personnel assisting with my procedure(s). I understand that I will need to sign (or have signed) a separate consent form for anesthesia services that will include information about the benefits, alternatives and relevant risks and side effects of the anesthesia plan.

3. I have been informed and understand the nature purpose and benefits of the procedure(s), the likelihood of achieving goals, the alternative methods of treatment, if any, the relevant risks, side effects and benefits related to the procedure(s), the potential consequences if I do not undergo the procedures(s) and the potential problems that might occur during recuperation. I understand that there are potential risks and side effects common to surgical, medical and/or diagnostic procedure(s) which may include: infection, bleeding, allergic reaction, blood clots in the veins or lungs, and damage to nearby tissues, vessels, nerves or organs. They may also result in paralysis, stroke, heart attack, kidney failure, need for additional surgery, and even death or disability. Some other known risks, side effects and potential complications include, but are not limited to (physician/practitioner to state additional risks/side effects and potential complications (if any) related to the specific procedure(s) being provided, including potential complications that might occur during recuperation): _____

4. I am aware that if I am pregnant and radiation exposure is necessary, there is a risk of injury (such as birth defects or cancer) to the fetus and/or myself. No guarantee has been made to me as to the potential effects of this procedure upon fetus.

   I AM PREGNANT:  Yes _____   No __X__

5. I am aware that the practice of medicine and surgery is not an exact science and that there is no certainty that the desired goals and benefits will be achieved. I acknowledge that no guarantees or warranties have been made to me concerning the results of the procedure(s) and even though my physician/practitioner has advised me of all known risks, including the rare, but possible, severe risks as revealed in this form, additional unforeseeable and unpreventable situations could arise in the course of my care which might result in injury.

6. I consent to the taking of photographs or films during the course of the procedure(s) for the purpose of education, research and/or the documentation of my medical condition in the medical record. I understand that my identity will not be revealed if the photographs or films are used for medical education and research, and in all instances, patient confidentiality will be preserved. I understand that I have a right to receive a copy of any photographs or films, upon the completion of an authorization for release.

7. I consent to the presence of observers and/or students during the procedure(s) for the purpose of advancing medical education. I further consent to the presence of healthcare industry representatives designated by my physician/practitioner during the course of the procedure(s) to provide technical support for the equipment that may be used during the procedure(s).

8. Should I require implantation of a medical device, I give the hospital permission to release my Social Security number to the device manufacturer to assist the manufacturer in contacting me about the device if such contact becomes necessary.

I HEREBY STATE THAT I HAVE READ AND UNDERSTAND THIS REQUEST AND CONSENT AND THAT ALL MY QUESTIONS ABOUT THE PROCEDURE(S), ALTERNATIVE PROCEDURE(S), INCLUDING THE RISK OF DECLINING TREATMENT AND RISKS AND SIDE EFFECTS OF EACH HAVE BEEN ANSWERED IN LANGUAGE THAT I UNDERSTAND AND THAT ALL BLANKS WERE FILLED IN PRIOR TO MY SIGNATURE.

Patient Signature: _[signature]_   Date: 04/05/2021   Time: 1310

Patient's Authorized Representative: _____   Relationship/Capacity of Representative: _____

Witness Signature: _Lii Wann, RN_   Date: 04/05/2021   Time: 1310

**RESPONSIBLE PHYSICIAN'S/PRACTITIONER'S STATEMENT:** I hereby certify that I have explained the risks, side effects, alternatives, benefits, intended goals and likelihood of success of the procedure(s) to achieving the goals of care and potential problems that might occur during recuperation, to the patient with the patient or the patient's authorized representative. I have offered to answer any questions and have fully answered all such questions.

Signature of Physician/Practitioner _[signature]_   Date/Time

30150936213   F/25 y.o. DOB: 12/9/1995
**GRAHAM, CHANDRA S**
MD: Christopher Lentz, MD   ADM: 4/2/2021

CONSENT
INT-1592 (rev 4/2017)



